FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 09, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KAI T. EISELEIN, *pro se*<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DISABILITY MANAGEMENT & CONSULTING, INC.; LESLIE WEAVER, partner; and MATT NYSTUL, partner,<br><br>　　　　　　　　Defendants. | NO: 2:19-CV-252-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is Plaintiff's Motion to Dismiss with Prejudice, ECF No. 15. Having reviewed the motion and the record, the Court finds good cause to grant dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Dismiss with Prejudice, **ECF No. 15**, is **GRANTED**.

2. Plaintiff's Complaint is dismissed **with prejudice** and without fees or costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** January 9, 2020.

                            *s/ Rosanna Malouf Peterson*
                            ROSANNA MALOUF PETERSON
                                United States District Judge